IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action Number: 08-cv-02652-REB-BNB

DAVID LYMEN COLLINS, and
MARIAH KENDRA COLLINS, Individually and as Representatives of the
Estate of Cole Lymen Collins, Deceased,

      Plaintiffs,

vs.

FORD MOTOR COMPANY, TRW VEHICLE SAFETY
SYSTEMS INC., ALSO D/B/A TRW AUTOMOTIVE US. LLC, and
and JOHN PAUL MCQUAIDE

      Defendants.
_____

**ORDER**
_____

**Blackburn, J.**

      The matter comes before the court on the **Stipulated Motion to Remand** [#10] filed January 7, 2009. Having reviewed the parties' motion and the relevant record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulated Motion to Remand** [#10] filed January 7, 2009, is **GRANTED**;

      2. That this case is **REMANDED** to the District Court, Adams County, Colorado (where it was filed initially as Case No. 2008CV1911);

3. That the Rule 16 conference set before Magistrate Judge Boland on January 22, 2009, is **VACATED**; and

4. That the parties shall pay their own attorney fees and costs.

Dated January 9, 2009, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**